FRANK A. BABOR, Appellant, *v.* HERMAN G. GOLDBERG, Respondent.

Argued June 10, 1940; decided July 24, 1940.

*Irving Maxon* for appellant.

*Samuel D. Lasky* and *Leo L. Hoffman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN. FINCH, RIPPEY, SEARS and CONWAY, JJ. Taking no part: LEWIS, J.